UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| D.B., et al.,<br>    Plaintiffs,<br>vs.<br>CITY OF STOCKTON, et al.,<br>    Defendants. | Case No. 2:21-cv-02154-TLN-DB<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court, having considered the application of Tiana Franks for appointment as guardian *ad litem* for A.B., a minor Plaintiff in the above-referenced action, (ECF No. 13), GRANTS Plaintiff A.B's request. Accordingly, the Court APPOINTS Tiana Franks, the natural mother of Plaintiff A.B., as the guardian *ad litem* of Plaintiff A.B., for purposes of prosecuting this action.

IT IS SO ORDERED.

DATED: February 16, 2022

_____
Troy L. Nunley
United States District Judge

1