UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| D.B., et al.,<br>　　　　　Plaintiffs,<br>vs.<br>CITY OF STOCKTON, et al.,<br>　　　　　Defendants. | Case No. 2:21-cv-02154-TLN-DB<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court, having considered the application of Elissa Mulvihill for appointment as guardian *ad litem* for D.B., a minor Plaintiff in the above-referenced action, (ECF No. 12), GRANTS Plaintiff D.B's request. Accordingly, the Court APPOINTS Elissa Mulvihill, the natural mother of Plaintiff D.B., as the guardian *ad litem* of Plaintiff D.B., for purposes of prosecuting this action.

IT IS SO ORDERED.

DATED: February 16, 2022

　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge

1