UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| D.B., et al., <br>                 Plaintiffs, <br> vs. <br> CITY OF STOCKTON, et al., <br>                 Defendants. | Case No. 2:21-cv-02154-TLN-DB <br><br> **ORDER** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court, having considered the application of Breanna Fuller for appointment as guardian *ad litem* for K.B., a minor Plaintiff in the above-referenced action, (ECF No. 11), GRANTS Plaintiff K.B's request. Accordingly, the Court APPOINTS Breanna Fuller, the mother of Plaintiff K.B., as the guardian *ad litem* of Plaintiff K.B., for purposes of prosecuting this action.

IT IS SO ORDERED.

DATED:  February 16, 2022

_____
Troy L. Nunley
United States District Judge