1  **Sanjay S. Schmidt (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1388 Sutter Street, Suite 810
   San Francisco, CA 94109
3  T: (415) 563-8583
4  F: (415) 223-9717
   e-mail: ss@sanjayschmidtlaw.com
5
   **T. Kennedy Helm, IV (SBN 282319)**
6  **HELM LAW OFFICE, PC**
   644 40th Street, Suite 305
7  Oakland, California 94609
8  T: (510) 350-7517
   F: (510) 350-7359
9  email: kennedy@helmlawoffice.com,

10 *Attorneys for Plaintiffs*

11                    **UNITED STATES DISTRICT COURT**
12                    **EASTERN DISTRICT OF CALIFORNIA**
13                            **SACRAMENTO DIVISION**

14

| | |
|---|---|
| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; K.B., a minor, by and through his guardian ad litem, Breanna Fuller, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; ILIA BURRISE, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; ATHENA BURRISE, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; ANTWAUNE BURRISE, JR., individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; RAYJAMES BURRISE, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; A.B., a minor, by and through her guardian ad litem, Tiana Franks, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; and, | Case No. 2:21-cv-02154-DJC-DB<br><br>**STIPULATED DISMISSAL OF PERSONAL CLAIMS OF PLAINTIFFS ANTWAUNE BURRISE, JR., AND RAYJAMES BURRISE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); ORDER** |

STIPULATED DISMISSAL OF PERSONAL CLAIMS OF PLAINTIFFS ANTWAUNE BURRISE, JR., AND RAYJAMES BURRISE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(1)(1)(A)(ii)
*D.B., et al. v. City of Stockton, et al.*
Case No. 2:21-cv-02154-DJC-DB                 1

| | |
|---|---|
| STEPHANIE HATTEN, individually, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| CITY OF STOCKTON, a public entity; City of Stockton Police Department Chief of Police ERIC JONES; City of Stockton Police Department Officers DAVID WELLS, individually, BLAKE EPPERSON, individually, and JOHN GRIFFIN, individually; and, DOES 1-50, jointly and severally, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

1. Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE, as co-successors in interest, ECF No. 17 (co-successor in interest declaration of Antwaune Burrise, Jr.) and ECF No. 9 (co-successor in interest declaration of Rayjames Burrise), along with the other Plaintiffs so-identified in the operative Complaint, ECF No. 1, ¶¶ 6-12, ¶¶ 49.a.-49h., represent they have asserted survival claims on behalf of ANTWAUNE P. BURRISE, SR. ("Decedent"), in this action, under both state and federal law. To be sure, Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE, as well as the other co-successors in interest, represent they have asserted both survival claims on behalf of the Decedent and personal claims on behalf of themselves individually. Plaintiffs represent the personal claims of the co-successors in interest include personal claims set forth in the Second Cause of Action, ECF No. 1 at 12:14-19, the Third Cause of Action, ECF No. 1 at 13:20-19:14, the Fourth Cause of Action, ECF No. 1 at 19:15-21:16, the Sixth Cause of Action, ECF No. 1 at 23:6-23, and the Seventh Cause of Action, ECF No. 1 at 23:24-25:4. Plaintiffs represent that all other claims set forth in the First Cause of Action, the Third Cause of Action, the Fourth Cause of Action, the Fifth Cause of Action, the Sixth Cause of Action, the Seventh Cause of Action, and the Eighth Cause of Action are brought as survival claims by the co-successors in interest on behalf of the Decedent.

2. **IT IS STIPULATED AND AGREED** among all remaining parties in this case, by and through their undersigned attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE hereby voluntarily dismiss all of their *personal* claims, as described above and below, against all Defendants, with prejudice, each party to bear its own attorneys' fees and costs.

3. To be clear, Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE, under this stipulated dismissal, hereby dismiss their personal claims, but they do not by virtue of this dismissal dismiss, nor do they relinquish their alleged statutory rights to recover their portion of the damages (if any) flowing from, the survival claims by virtue of their alleged statutorily granted status as co-successors in interest, pursuant to California Code of Civil Procedure § 377.11 and federal civil rights laws.

4. If, at any point, this action settles before trial and irrespective of whether the settlement terms specify what portion of the proceeds constitutes damages flowing from the various Plaintiffs' personal claims as opposed to damages flowing from the survival claims held by all of the co-successors' in interest, Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE hereby reserve all of – and do not relinquish – their rights, notwithstanding this stipulation dismissing their personal claims only, to recover their respective portions of any settlement proceeds. Similarly, if this action proceeds to trial and results in a verdict and judgment for the Plaintiffs, Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE hereby reserve their rights, notwithstanding this stipulation dismissing their personal claims only, to recover their respective portions of proceeds from any ensuing judgment.

5. The effect of this stipulated dismissal, nonetheless, will be that Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE will no longer be Plaintiffs in this case, even though they are not relinquishing by virtue of this stipulated dismissal of their personal claims their alleged statutory rights to recover their portion of the damages flowing from the survival claims by virtue of their alleged statutorily granted status as co-successors in interest, pursuant to California Code of Civil Procedure § 377.11 and federal civil rights laws.

6. Pursuant to this stipulation, neither ANTWAUNE BURRISE, JR., nor RAYJAMES BURRISE, will testify in this case for any purpose, and no party in the case will offer any testimony or other evidence from them.

7. In entering into this Stipulation, Defendants do not necessarily agree to all the assertions or representations above, but stipulate that Plaintiffs ANTWAUNE BURRISE, JR., and RAYJAMES BURRISE will no longer be Plaintiffs in this case and also stipulate to paragraph 6, above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: May 15, 2024       **LAW OFFICE OF SANJAY S. SCHMIDT**
-and-
**HELM LAW OFFICE, PC**

*/s/ Sanjay S. Schmidt*
By: T. KENNEDY HELM, IV
*Attorneys for Plaintiff*

Dated: May 15, 2024       **HERUM\CRABTREE\SUNTAG**

*/s/ Joshua J. Stevens\**
By: JOSHUA J. STEVENS
*Attorneys for Defendants*

*Mr. Stevens provided his consent that this document be filed by CM/ECF.

**ORDER**

IT IS SO ORDERED.

Dated: May 15, 2024       /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE