1  SANJAY S. SCHMIDT (State Bar No. 247475)
   LAW OFFICE OF SANJAY S. SCHMIDT
2  1388 Sutter Street, Suite 810
3  San Francisco, CA 94109
   Telephone: (415) 563-8583
4  ss@sanjayschmidtlaw.com

5  T. KENNEDY HELM, IV (State Bar No. 282319)
   HELM LAW OFFICE, PC
6  644 40th Street, Suite 305
7  Oakland, CA 94609
   Telephone: (510) 350-7517
8  kennedy@helmlawoffice.com

9  Attorneys for All Plaintiffs

10 DANA A. SUNTAG (State Bar No. 125127)
11 JOSHUA J. STEVENS (State Bar No. 238105)
   HERUM\CRABTREE\SUNTAG, LLP
12 5757 Pacific Avenue, Suite 222
   Stockton, California 95207
13 Telephone: (209) 472-7700
   dsuntag@herumcrabtree.com
14 jstevens@herumcrabtree.com

15 Attorneys for All Defendants

16

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR., et al, | Case No.: 2:21-cv-02154-DJC-SCR |
|---|---|
| Plaintiffs, | **STIPULATION REGARDING THIRD-PARTY WITNESSES AND ORDER** |
| vs. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

STIPULATION RE THIRD-PARTY WITNESSES
& ORDER

All Parties, through their undersigned counsel of record, stipulate as follows:

**RECITALS**

A. On April 29, 2022, Plaintiffs' counsel served Plaintiffs' initial disclosures. Plaintiffs' initial disclosures listed 13 third-party witnesses. These witnesses are (in the order and as numbered on Plaintiffs' initial disclosures):

127: Nicole Baker

128: Marjorie Burrise

129: Timmiya Burrise

130: Dorothy Easter

131: Jonathan Gobert

132: Latonya Lyons

133: TaShante McCoy

134: Lavern McGill

135: Lucretia Owens

136: Rosa Rodriguez

137: Rosalind Russell

138: Dethdouangchai Sourivong

139: Ambria Spivey

B. The Parties' counsel have met and conferred regarding these individuals and Defendants' possible need to depose them. As a result of the meet and confer, Plaintiffs' counsel has agreed not to offer any evidence, in any form, from some of these witnesses, in reliance on which defense counsel has agreed not to depose those witnesses. Counsel enter into this stipulation, with their clients' authority, to formalize this agreement.

**STIPULATION**

IT IS STIPULATED AND AGREED, by the Parties, through their undersigned counsel, as follows:

1. No Plaintiff will seek to offer any evidence, in any form, from Nicole Baker, Marjorie Burrise, Jonathan Gobert, Latonya Lyons, TaShante McCoy, Lavern McGill, Rosa Rodriguez, Rosalind Russell, Dethdouangchai Sourivong, or Ambria Spivey, in reliance on which Defendants will not seek to depose any of them.

2. Defense counsel intend to depose Nicole Covello, Timmiya Burrise, Dorothy Easter, and Lucretia Owens. Plaintiffs' counsel is authorized, and has agreed, to accept service of deposition subpoenas for these witnesses.

Dated: March 5, 2025                    HERUM CRABTREE SUNTAG, LLP

                                        By: /s/ Joshua J. Stevens
                                        _____
                                        JOSHUA J. STEVENS
                                        Attorneys for all Defendants

Dated: March 5, 2025                    LAW OFFICE OF SANJAY S. SCHMIDT
                                        HELM LAW OFFICE, PC

                                        By: /s/ Sanjay S. Schmidt
                                        _____
                                        SANJAY S. SCHMIDT
                                        (as authorized on March 5, 2025)
                                        Attorneys for all Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: March 10, 2025                   /s/ Daniel J. Calabretta
                                        _____
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

STIPULATION RE THIRD-PARTY WITNESSES & ORDER                                    2