SANJAY S. SCHMIDT (State Bar No. 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
ss@sanjayschmidtlaw.com

T. KENNEDY HELM, IV (State Bar No. 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: (510) 350-7517
kennedy@helmlawoffice.com

Attorneys for All Plaintiffs

DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR., et al, <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br>CITY OF STOCKTON, et al., <br><br>　　　　　　Defendants. | Case No.: 2:21-cv-02154-DJC-SCR <br><br>**STIPULATION REGARDING EVIDENCE OF MINOR PLAINTIFFS' SCHOOL PERFORMANCE AND ORDER** |

STIPULATION RE MINORS' SCHOOL PERFORMANCE & ORDER

All parties, through their undersigned counsel of record, stipulate as follows:

**RECITALS**

A. Two plaintiffs (D.B. and A.B.) are minors (the "Minor Plaintiffs"), in school. Counsel for Defendants wish to obtain copies of the Minor Plaintiffs' school records and have issued and served a subpoena for D.B.'s records from the Lodi Unified School District, and Defendants' counsel intend to issue a similar subpoena for school records of A.B. from the Ceres Unified School District.

B. Plaintiffs' counsel served objections to the Lodi Unified subpoena, arguing it is overbroad and impinges on state and federal privacy rights.

C. Counsel have met and conferred regarding the subpoenas and Plaintiffs' counsel's objections. As a result of the meet and confer, Plaintiffs' counsel have agreed Plaintiffs will not offer any evidence about any negative effects the incident may have had on either D.B. or A.B. at school, regarding their school work or their school performance, and, in reliance on this agreement, defense counsel have agreed to withdraw the subpoena for D.B.'s school records and not to issue a subpoena for A.B.'s school records. Counsel enter into this stipulation, with their clients' authority, to formalize this agreement.

**STIPULATION**

IT IS STIPULATED AND AGREED, by all the parties, through their undersigned counsel, as follows:

No Plaintiff will seek to offer any evidence, in any form, about any claimed negative effects the incidents at issue in this lawsuit may have had on either D.B. or A.B. at school, regarding their school work or their school performance. Accordingly, Defendants will withdraw the subpoena for D.B.'s school records and not issue a subpoena for A.B.'s school records.

//

STIPULATION RE THIRD-PARTY WITNESSES
& ORDER

1

| | | |
|---|---|---|
| 1 | Dated: March 10, 2025 | HERUM CRABTREE SUNTAG, LLP |
| 2 | | By: */s/ Joshua J. Stevens* |
| 3 | | _____ |
| 4 | | JOSHUA J. STEVENS<br>Attorneys for all Defendants |

Dated: March 10, 2025   LAW OFFICE OF SANJAY S. SCHMIDT
                        HELM LAW OFFICE, PC

By: */s/ Sanjay S. Schmidt*

_____
SANJAY S. SCHMIDT
<u>(as authorized on March 10, 2025)</u>
Attorneys for all Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: March 13, 2025   /s/ Daniel J. Calabretta
                        THE HONORABLE DANIEL J. CALABRETTA
                        UNITED STATES DISTRICT JUDGE

STIPULATION RE THIRD-PARTY WITNESSES & ORDER

2