SANJAY S. SCHMIDT (State Bar No. 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
ss@sanjayschmidtlaw.com

T. KENNEDY HELM, IV (State Bar No. 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: (510) 350-7517
kennedy@helmlawoffice.com

Attorneys for All Plaintiffs

DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR., et al,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF STOCKTON, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-02154-DJC-SCR<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER** |

STIPULATION TO MODIFY SCHEDULING ORDER
& ORDER

1    All Parties, through their undersigned counsel of record, and subject to the
2 approval of the Court, stipulate as follows:

3 **RECITALS**

4    A.    When an act must be done within a specified time, the Court may, for good
5 cause, extend the time with or without motion if the court acts, or a request is made,
6 before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting
7 forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if
8 it cannot be reasonably met despite the diligence of the party seeking the amendment.'"
9 *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). This is the
10 Parties' sixth request for extension of time of the Pretrial Scheduling Order; the prior five
11 requests were all granted for good cause. *See* ECF Nos. 25, 33, 47, 49, and 63.

12    B.    On January 22, 2025, the Parties and their counsel conducted an
13 approximately nine-hour-long in person mediation with Tamara Lange, Esq., of
14 JAMS/San Francisco. The case did not settle, in part because there were still depositions
15 to complete, but the Parties made progress and they agreed to keep their dialogue
16 regarding settlement open as they completed fact discovery.

17    C.    The Parties have agreed to conduct a second mediation session with the
18 mediator, have organized and coordinated the session, and have confirmed with the
19 mediator that the second session will proceed on August 7, 2025, and will go the entire
20 day, if necessary. That date was the first date available to the Parties, their counsel, and
21 the mediator.

22    D.    The operative scheduling order (ECF No. 63) requires the Parties to
23 disclose experts on August 1, 2025, and to disclose rebuttal experts on September 23,
24 2025. Disclosure of experts would entail a significant expenditure of time and resources,
25 as the Parties will have to coordinate with their experts; gather and finalize their respective
26 experts' reports and exhibits; and gather the other items required to be disclosed by

27
28 JOINT STATUS REPORT & STIPULATION TO MODIFY SCHEDULING ORDER & ORDER

1

Federal Rule of Civil Procedure 26(a)(2)(B). The Parties would like to conserve the resources associated with gathering and finalizing these materials, as it may promote settlement by allowing them to instead focus their efforts on the mediation.

E.   This Court's order granting the Parties' previous request for a modification of the scheduling order (ECF No. 63) stated no further extensions of time would be granted absent good cause. The Parties took this to heart, and this Stipulation requests modification of as few dates as possible, without impacting later dates this Court set. Indeed, the Parties completed their planned non-expert discovery by the June 4, 2025, deadline in that scheduling order, including: the Plaintiffs deposed Defendant Wells; former Chief Jones; a Federal Rule of Civil Procedure 30(b)(6) deponent; and the County of San Joaquin's Chief Medical Examiner, forensic pathologist Dr. Hunter; and Defendants deposed four of Plaintiffs' damages witnesses, all between the issuance of that scheduling order and the fact discovery cutoff date. The Parties' mutual desire to make good faith efforts towards settlement, including, without limitation, conducting a second mediation session, constitutes good cause for the requested modification.

F.   To that end, the Parties request only the following modifications:

(i)   That the deadline to disclose experts be extended from August 1, 2025, to August 21, 2025, and;
(ii)   The deadline to disclose rebuttal experts be correspondingly extended for a similar amount of time, from September 23, 2025, to October 10, 2025.

The Parties are **not** requesting to extend or modify any other dates in the operative scheduling order. This proposed modification would allow the parties to conduct the second session of the mediation and conserve their resources with regards to disclosing experts, and still allow sufficient time to disclose experts if the case does not resolve at mediation on August 7, 2025.

G.   The Parties have further agreed to cooperate so that all expert depositions will be scheduled and completed before the expert discovery cutoff of November 18,

2025, and are not requesting any extension of this deadline.

## STIPULATION

The Parties, by and through their undersigned counsel, respectfully request that the Court modify the Scheduling Order as follows:

| Deadline | Current Date (ECF No. 63) | Proposed Date |
|---|---|---|
| Expert witness disclosures | August 1, 2025 | August 21, 2025 |
| Rebuttal expert witness disclosures | September 23, 2025 | October 10, 2025 |
| Expert Discovery Cutoff | November 18, 2025 | Unchanged |
| Deadline to file all motions | December 17, 2025 | Unchanged |
| Hearing on dispositive motions | February 19, 2026, 1:30 p.m. | Unchanged |
| Final Pretrial Conference | May 11, 2026, 1:30 p.m. | Unchanged |
| Jury Trial | July 13, 2026, 9:00 a.m. | Unchanged |

Based on the foregoing, the parties respectfully request that the Court grant this stipulation for a modification of the Scheduling Order.

Respectfully Submitted,

Dated: June 17, 2025         HERUM CRABTREE SUNTAG, LLP

By: /s/ Joshua J. Stevens
_____
JOSHUA J. STEVENS
Attorneys for all Defendants

Dated: June 17, 2025         LAW OFFICE OF SANJAY S. SCHMIDT
HELM LAW OFFICE, PC

By: /s/ Sanjay S. Schmidt
_____
SANJAY S. SCHMIDT
(As authorized on June 17, 2025)
Attorneys for all Plaintiffs

JOINT STATUS REPORT & STIPULATION TO MODIFY SCHEDULING ORDER & ORDER                                3

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

The Court finds the Parties have shown good cause for the relief their Stipulation requests.

THEREFORE, the relief the Parties request is GRANTED, and the modified dates are as follows:

| Deadline | Current Date (ECF No. 63) | Proposed Date |
|---|---|---|
| Expert witness disclosures | August 1, 2025 | August 21, 2025 |
| Rebuttal expert witness disclosures | September 23, 2025 | October 10, 2025 |
| Expert Discovery Cutoff | November 18, 2025 | Unchanged |
| Deadline to file all motions | December 17, 2025 | Unchanged |
| Hearing on dispositive motions | February 19, 2026, 1:30 p.m. | Unchanged |
| Final Pretrial Conference | May 11, 2026, 1:30 p.m. | Unchanged |
| Jury Trial | July 13, 2026, 9:00 a.m. | Unchanged |

The Court further orders the Parties to cooperate, so that all expert depositions will be completed by or before November 18, 2025.

Dated: June 17, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE