DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR., et al, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF STOCKTON, et al., <br><br> Defendants. | Case No.: 2:21-cv-02154-DJC-SCR <br><br> **NOTICE OF SETTLEMENT** <br><br> **[No hearing required]** |

Pursuant to Local Rule 160(a), the parties notify the Court they have reached a tentative settlement in principle of the entire lawsuit. The settlement is conditioned on approval by the City of Stockton City Council ("City") and the California Joint Powers Risk Management Authority Board of Directors ("CJPRMA"). Both the City and CJPRMA contemplate seeking these separate approvals before the end of 2025 (but it is possible, although not contemplated, that delays due to the upcoming holidays and other unforeseen events could occur, and the parties request time to deal with those potential delays).

The settlement is also conditioned on this Court's approval of a minors' compromise that Plaintiffs' counsel will file.

Local Rule 160(b) authorizes 21 days for the filing of dispositional documents. The parties anticipate the settlement terms will be performed within 120 days from the date this notice is filed (assuming the above conditions occur along the timeline that is contemplated). Therefore, there is good cause for extending the date by which the parties must file dispositional documents (a stipulation for dismissal) to March 31, 2026.

In addition, per the stipulation and proposed order the parties are filing today, the parties respectfully request the Court vacate all future dates pending completion of the settlement and set a Status Conference approximately 120 days out.

Respectfully Submitted,

Dated: November 12, 2025          HERUM CRABTREE SUNTAG, LLP

By: */s/ Joshua J. Stevens*
    DANA A. SUNTAG
    JOSHUA J. STEVENS
    Attorneys for all Defendants

Dated: November 12, 2025          LAW OFFICES OF DALE K. GALIPO

By: */s/ Dale K. Galipo**
    DALE K. GALIPO
    HANG DIEU LE
    (*As authorized on November 12, 2025)
    Attorneys for all Plaintiffs