1  DANA A. SUNTAG (State Bar No. 125127)
2  JOSHUA J. STEVENS (State Bar No. 238105)
   HERUM\CRABTREE\SUNTAG, LLP
3  5757 Pacific Avenue, Suite 222
   Stockton, California 95207
4  Telephone: (209) 472-7700
5  dsuntag@herumcrabtree.com
   jstevens@herumcrabtree.com
6
   Attorneys for All Defendants
7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10  D.B., a minor, by and through his guardian       Case No.: 2:21-cv-02154-DJC-SCR
    ad litem, Elisa Mulvihill, individually and as
11  co-successor in interest to Decedent
    ANTWAUNE P. BURRISE, SR., et al,               **STIPULATION TO VACATE DATES IN
12                                                  SCHEDULING ORDER PURSUANT
            Plaintiffs,                             TO PENDING SETTLEMENT;
13                                                  [PROPOSED] ORDER**
            vs.
14                                                 [No hearing requested]
    CITY OF STOCKTON, et al.,
15
            Defendants.
16

1

STIPULATION AND ORDER TO VACATE DATES

1    All Plaintiffs and all Defendants, all through their undersigned counsel of record,
2 stipulate as follows:

3                                      RECITALS

4    A.    On November 19, 2021, Plaintiffs filed this lawsuit. Plaintiffs are suing
5 under 42 U.S.C. Section 1983 regarding the death of an individual.

6    B.    The operative Scheduling Order, issued June 18, 2025 (ECF 71), sets the
7 following dates:

8    Expert Discovery Cutoff:            November 18, 2025
     Deadline to file all motions:       December 17, 2025
9    Hearing on dispositive motions:     February 19, 2026, 1:30 p.m.
     Final Pretrial Conference:          May 11, 2026, 1:30 p.m.
10   Jury Trial:                         July 13, 2026, 9:00 a.m.

11   C.    The parties have reached a full and complete settlement in principle of the
12 entire case of all parties and claims (each side to bear its own fees and costs). The
13 settlement is conditioned on approval by the City of Stockton City Council and the
14 California Joint Powers Risk Management Authority Board of Directors.

15   D.    The settlement comes after significant discussions that have been
16 ongoing since January 2025, including two full days of mediation with JAMS and
17 numerous settlement discussions.

18   E.    The City (and CJPRMA) will use best efforts to schedule the approval
19 hearings as soon as possible.

20   F.    The settlement will also be conditioned on this Court's approval of a
21 minors' compromise, which Plaintiffs will file with this Court after the gross settlement is
22 approved by the City and CJPRMA.

23   G.    At the moment, the parties have depositions of six experts scheduled to
24 occur before the expert discovery cut-off of November 18, 2025. In addition, Defendants
25 are preparing a summary judgment motion, which must be filed by December 17, 2025.

26   H.    To avoid the large expense these matters will require, as well as the
27 Court's resources in dealing with the MSJ, any expert discovery issues, and the final

2



STIPULATION AND ORDER TO VACATE DATES

1 pretrial conference, the parties respectfully request the Court vacate all the dates in the
2 operative Scheduling Order pending settlement. The parties do not anticipate the
3 settlement not proceeding as planned, but if that happens the parties will promptly notify
4 the Court so the Court can reschedule dates.

5   I.   The parties acknowledge the Court may want to schedule a placeholder
6 status conference regarding the status of settlement. The parties suggest that if the
7 Court wishes to do so, it be set approximately 120 days out to take into account the
8 necessary approvals described above, the need for a minors' compromise, and the
9 upcoming year-end holidays.

10   J.   The parties will file a notice of settlement pursuant to Local Rule 160
11 today.

## STIPULATION

IT IS STIPULATED AND AGREED, by all parties, through their counsel of record, that the Court vacate all the dates in the Scheduling Order and set a Status Conference regarding the settlement approximately 120 days out to allow the parties to consummate the settlement, to allow Plaintiffs to file the necessary petition for approval of the minor's compromise, and to allow Defendants to pay the settlement proceeds pursuant to the Settlement Agreement and the Court's order on the minor's compromise.

Respectfully Submitted,

Dated: November 12, 2025            HERUM CRABTREE SUNTAG, LLP

                                    By: */s/ Joshua J. Stevens*
                                        JOSHUA J. STEVENS
                                        Attorneys for all Defendants

Dated: November 12, 2025            LAW OFFICES OF DALE K. GALIPO

                                    By: */s/ Dale K. Galipo**
                                        DALE K. GALIPO
                                        HANG DIEU LE
                                        (*As authorized on November 12, 2025)
                                        Attorneys for all Plaintiffs

3



STIPULATION AND ORDER TO VACATE DATES

## **ORDER**

The Court, having considered the above stipulation, and good cause appearing, rules as follows:

The relief the parties request is GRANTED. All dates in the Scheduling Order issued on June 18, 2025, are vacated.

The Court sets a status conference re status of settlement for _____, 2026, at ____ .m.

IT IS SO ORDERED.

Dated: _____

                                        UNITED STATES DISTRICT JUDGE