# EXHIBIT 1

# ADOPT-215 Adoption Order

**ENDORSED FILED ALAMEDA COUNTY**
AUG 1 9 2022
CLERK OF THE SUPERIOR COURT
By: ISABEL Z RUIZ, Deputy

**(1) Adopting parent(s)**
a. Name: Breanna Rochelle Fuller
b. Name: _____
Relationship to child: Maternal Aunt
Street address: _____
City: _____  State: C A  Zip: _____
Daytime telephone number: _____
Lawyer (if any) (name, address, telephone number, e-mail address, and State Bar number): IN PRO PER

Fill in court name and street address:
Superior Court of California, County of Alameda, Juvenile Court
24405 Amador Street
Hayward, CA 94544
Hayward Hall of Justice

Court fills in case number when form is filed.
**Case Number:** RA22123919..

**(2) Information about the child**
Child's name after adoption:
First name: K▮▮▮▮
Middle name: ▮rry▮
Last name: B▮▮▮▮
Date of birth: 02/▮▮/2020     Age: 2 years old
Place of birth (if known): Alta Bates Medical Center
City: Berkeley    State: CA    Country: United States

**(3) Name of adoption agency** (if any): Alameda County Social Services Agency

**(4) Hearing details**
Hearing date: _____  Dept.: 403  Div.: ___  Rm.: ___
Judicial officer: Arturo Castro    Clerk's office telephone number: 510-618-1103
People present at the hearing:
☒ Adopting parent(s)    ☐ Lawyer for adopting parent(s)
☒ Child    ☐ Child's lawyer
☐ Parent keeping parental rights.
☐ Other people present (list each name and relationship to child):
  a. _____
  b. _____

*If there are more names, attach a sheet of paper, write "ADOPT-215, Item 4" at the top, and list the additional names and each person's relationship to child.*

☐ The hearing is waived pursuant to Family Code section 9000.5 *(Check this box only if this is an adoption confirming parentage of a parent who was married to or in a state-registered domestic partnership, including a registered domestic partnership or civil union from another jurisdiction, with the legal parent at the time the child was born.)*

**Judge will fill out section below.**

**(5)** The judge finds that the child *(check all that apply):*
a. ☐ Is 12 or older and agrees to the adoption
b. ☐ Is under 12
c. ☐ Is not required to consent because this is a tribal customary adoption.

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2021, Mandatory Form
Family Code, §§ 8601.5, 8612, 8714, 8714.5, 8900, 8900.5, 8902, 8912, 9000, 9000.5;
Welfare and Institutions Code, § 366.24;
Cal. Rules of Court, rule 5.730

**Adoption Order**

ADOPT-215, Page 1 of 2


⑥ The judge has reviewed the report and other documents and evidence and finds that each adopting parent:
   a. Is at least 10 years older than the child or meets the criteria in Fam. Code, § 8601(b);
   b. Will treat the child as their own;
   c. Will support and care for the child;
   d. Has a suitable home for the child; *and*
   e. Agrees to adopt the child.

⑦ ☐ This case is an adoption by a relative petitioned under Family Code section 8714.5.
   ☐ The adopting relative ☐ The child, who is 12 or older, has requested that the child's name before adoption be listed on this order. (Fam. Code, § 8714.5(g).) The child's name before adoption is:
   First name: _____ Middle name: _____ Last name: _____

⑧ ☐ The child is an Indian child. The judge finds that this adoption meets the placement requirements of the Indian Child Welfare Act or that there is good cause to give preference to these adopting parents. The clerk will fill out ⑬ below.

⑨ ☐ The judge approves the *Contact After Adoption Agreement* (*ADOPT-310*)
   ☐ As submitted   ☐ As amended on ADOPT-310

⑩ ☐ This is a tribal customary adoption. The tribal customary adoption order of the _____ tribe dated _____ containing ___ pages and attached hereto is fully incorporated into this order of adoption.

⑪ ☐ This is an adoption under the Hague Adoption Convention. *Verification of Compliance with Hague Adoption Convention Attachment* (form ADOPT-216) is attached and fully incorporated into this order.

⑫ ☐ This is an adoption involving an additional parent or parents. ☐ All persons with existing parental rights agreed to this adoption and will maintain their existing parental rights. ☐ An agreement waiving termination of parental rights, signed by both the existing parent(s) and the adopting parent(s), was filed with the court.

⑬ The judge believes the adoption is in the child's best interest and orders this adoption.
   The child's name after adoption will be:
   First name: K███   Middle name: D███   Last name: B███

   The adopting parent or parents and the child are now parent and child under the law, with all the rights and duties of the parent-child relationship or, in the case of a tribal customary adoption, all the rights and duties set out in the tribal customary adoption order and Welfare and Institutions Code section 366.24.

   ☐ The judge believes it will serve public policy and the best interest of the child to grant the request of the adopting parent or parents for the court to make this order effective as of *(date):* _____.

Date: AUG 19 2022
(Date of Signature)                    [signature] Judge (or Judicial Officer)

*Clerk will fill out section below.*

⑭ **Clerk's Certificate of Mailing**
For the adoption of an Indian child, the clerk certifies:
I am not a party to this adoption. I placed a filed copy of:
☐ *Adoption Request* (form ADOPT-200)   ☐ *Adoption of Indian Child* (form ADOPT-220)
☐ *Adoption Order* (form ADOPT-215)   ☐ *Contact After Adoption Agreement* (form ADOPT-310)
in a sealed envelope, marked "Confidential" and addressed to:
   Chief, Division of Social Services
   Bureau of Indian Affairs
   1849 C Street, NW
   Mail Stop 310-SIB
   Washington, DC 20240
The envelope was mailed by U.S. mail, with full postage, from:
Place: _____ on *(date):* _____
Date: _____ Clerk, by: _____, Deputy