Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

Dale K. Galipo (SBN 144074)
Hang Dieu Le (SBN 293450)
THE LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
T: 818-347-3333
F: 818-347-4118
email: dalekgalipo@yahoo.com
email: hlee@galipolaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; K.B., a minor, by and through his guardian ad litem, Breanna Fuller, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; ILIA BURRISE, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; ATHENA BURRISE, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; | Case No. 2:21-cv-02154-DJC-SCR<br><br>**STIPULATION AND (PROPOSED) ORDER TO SHORTEN TIME AND SUBMITTING THE MOTION TO APPROVE THE SETTLEMENT AND DISBURSEMENT OF MINOR PLAINTIFFS' FUNDS WITHOUT A HEARING [L.R. 144, 202, 230]** |

| | |
|---|---|
| ANTWAUNE BURRISE, JR., as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; RAYJAMES BURRISE, as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; A.B., a minor, by and through her guardian ad litem, Tiana Franks, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; and, STEPHANIE HATTEN, individually,<br><br>     Plaintiffs,<br><br>  vs.<br><br>CITY OF STOCKTON, a public entity; City of Stockton Police Department Chief of Police ERIC JONES; City of Stockton Police Department Officers DAVID WELLS, individually, BLAKE EPPERSON, individually, and JOHN GRIFFIN, individually; and DOES 1–50, jointly and severally,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

  All Parties, through their undersigned counsel of record, and subject to the approval of the Court, respectfully stipulate as follows:

1. By January 29, 2026, Plaintiffs will have filed their Motion to Approve the Settlement and to Distribute the Funds to the Minor Plaintiffs, pursuant to L.R. 202(b)(2) and L.R. 230(b), with the Motion to be heard on March 5, 2026.

2. On January 23, 2026, Plaintiffs' counsel emailed to defense counsel this stipulation, in draft form, and a [Proposed] Order Granting Plaintiffs' Motion to Approve Settlement and to Disburse Minor Plaintiffs' Funds. Counsel then negotiated some of the terms of this stipulation.

3. On January 28, 2026, Plaintiffs' counsel emailed a copy of the draft Motion to

defense counsel.

4. Defendants will not oppose the Motion.

5. The Parties stipulate, pursuant to L.R. 230(g), that the Motion may be submitted on the record and briefs without a hearing.

6. The Parties further stipulate, pursuant to L.R. 144(e), that, if the Court desires a hearing on the Motion, the hearing may be on shortened time (on dates that are agreeable to the Court and counsel).

7. Pursuant to L.R. 144(e), as set forth in the Declaration of T. Kennedy Helm, IV, in Support of the Motion, Plaintiffs represent that the minor Plaintiffs' guardians ad litem, after consulting with an annuity broker, have chosen annuities for the minors. Helm Decl., at ¶¶ 31–39.

8. To "lock in" the interest rates, the annuities must be funded by April 8, 2026. Helm Decl., at ¶ 39.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: January 29, 2026    HERUM CRABTREE SUNTAG, LLP

By: */s/ Joshua J. Stevens* [as authorized 01/29/2026]

_____
JOSHUA J. STEVENS
Attorneys for all Defendants

Dated: January 29, 2026    LAW OFFICE OF SANJAY S. SCHMIDT
HELM LAW OFFICE, PC
LAW OFFICES OF DALE K. GALIPO

By: */s/ Sanjay S. Schmidt*

_____
SANJAY S. SCHMIDT
Attorneys for all Plaintiffs

# [PROPOSED] ORDER

The Court, having considered the parties' stipulation, and good cause appearing therefor, rules as follows:

Plaintiffs' Motion to Approve the Settlement and to Distribute the Minors' Funds [will be heard on February__, 2026, at _____ .m.] [will be submitted on Plaintiffs' Motion without hearing].

IT IS SO ORDERED.

Dated: January ___, 2026

_____
HON. DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIP. & (PROP.) ORDER TO SHORTEN TIME AND TO SUBMIT WITHOUT HEARING
*D.B., et al. v. City of Stockton, et al.*
Case No. 2:21-cv-02154-DJC-SCR

1