1  Sanjay S. Schmidt (SBN 247475)
   LAW OFFICE OF SANJAY S. SCHMIDT
2  1388 Sutter Street, Suite 810
   San Francisco, CA 94109
3  T: (415) 563-8583
4  F: (415) 223-9717
   e-mail: ss@sanjayschmidtlaw.com
5
   T. Kennedy Helm, IV (SBN 282319)
6  HELM LAW OFFICE, PC
7  644 40th Street, Suite 305
   Oakland, California 94609
8  T: (510) 350-7517
   F: (510) 350-7359
9  email: kennedy@helmlawoffice.com

10 Dale K. Galipo (SBN 144074)
11 Hang Dieu Le (SBN 293450)
   LAW OFFICES OF DALE K. GALIPO
12 21800 Burbank Blvd, Suite 310
   Woodland Hills, California 91367
13 T: 818-347-3333
   F: 818-347-4118
14 email: dalekgalipo@yahoo.com
15 email: hlee@galipolaw.com

16 *Attorneys for Plaintiffs*

17                 **UNITED STATES DISTRICT COURT**

18                 **EASTERN DISTRICT OF CALIFORNIA**

19                        **SACRAMENTO DIVISION**

20 D.B., a minor, by and through his guardian ad      Case No. 2:21-cv-02154-DJC-SCR
21 litem, Elisa Mulvihill, individually and as co-
   successor in interest to Decedent               **PLAINTIFFS' *AMENDMENT* TO**
22 ANTWAUNE P. BURRISE, SR.; K.B., a               **MOTION TO APPROVE SETTLEMENT**
   minor, by and through his guardian ad litem,    **AND TO DISBURSE MINOR**
23 Breanna Fuller, individually and as co-         **PLAINTIFFS' FUNDS**
   successor in interest to Decedent
24 ANTWAUNE P. BURRISE, SR.; ILIA                  [[Proposed] Order; Declaration of T. Kennedy
25 BURRISE, individually and as co-successor       Helm, IV; Declaration of Tiana Franks;
   in interest to Decedent ANTWAUNE P.             Declaration of Elissa Mulvihill; Declaration
26 BURRISE, SR.; ATHENA BURRISE,                   of Breanna Fuller; and Exhibits thereto,
   individually and as co-successor in interest to *already filed*; Declaration of Sanjay S.
27 Decedent ANTWAUNE P. BURRISE, SR.;)             Schmidt, *filed concurrently*]

PLTFS' AMNDMT. TO MOT. TO APPROVE SETTLEMENT & TO DISBR. FUNDS FOR MINORS
*D.B., et al. v. City of Stockton, et al.*
Case No. 2:21-cv-02154-DJC-SCR

| | |
|---|---|
| ANTWAUNE BURRISE, JR., as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; RAYJAMES BURRISE, as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; A.B., a minor, by and through her guardian ad litem, Tiana Franks, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; and, STEPHANIE HATTEN, individually,<br><br>     Plaintiffs,<br><br> vs.<br><br>CITY OF STOCKTON, a public entity; City of Stockton Police Department Chief of Police ERIC JONES; City of Stockton Police Department Officers DAVID WELLS, individually, BLAKE EPPERSON, individually, and JOHN GRIFFIN, individually; and DOES 1–50, jointly and severally,<br><br>     Defendants. | Hearing Date: March 5, 2026<br>Time: 1:30 p.m.<br>Place: 501 I Street, Courtroom 7, 14th Floor, Sacramento, CA<br>Judge: Hon. U.S. District Judge Daniel J. Calabretta |

## I. NOTICE OF AMENDMENT TO MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

There has been an update in how the guardian ad litem for minor A.B., Tiana Franks, is requesting that A.B.'s settlement proceeds be disbursed and structured; **no changes to the previously-filed proposals are being requested as to the disposition of the settlement proceeds for D.B. and K.B**. The portions of Plaintiffs' already-filed "MOTION TO APPROVE SETTLEMENT AND TO DISBURSE MINOR PLAINTIFFS' FUNDS", ECF No. 76, as well as the documents filed in support of that motion, ECF No. 76-2 (Exhibit 1 Attachment to Minor's Compromise (A.B.), 76-5 (Declaration of Tiana Franks) that concern the proposed disbursement to A.B. are being amended and updated in two respects: (1) the initial lump sum disbursement to A.B. that is being requested is being modified from $10,000.00 to $15,000.00; and (2) the proposed disbursement schedule of lump-sum payments from the proposed, structured annuity for A.B. is being modified from a schedule of two six-figure, lump sum payments at ages 18 and 21, to a schedule of three lump sum payments at ages 18 (**$50,000.00**), 21 (**$100,000.00**), and 25 (**$248,873.00**).

The only portions of the motion that are affected by this change are as follows: ECF No. 76 at 3:13–18[1]; 15:15.

The following will also be filed concurrently with this amended motion: the Declaration of Sanjay S. Schmidt, attached to which, as **Exhibit 1**, will be the updated attachment reflecting the updated, proposed disbursement schedule for A.B., **which will replace ECF No. 76-2**; an updated declaration by Tiana Franks, the guardian ad litem for A.B., **which will replace ECF No. 76-5**; and an amended proposed order reflecting only the change to the proposed disbursement of A.B.'s settlement proceeds, **which will replace ECF No. 76-9**.

All other portions of the motion and supporting documents, such as the declarations and exhibits, remain completely unchanged. Any other portions of the motion that are not included in

---

[1] The page numbers cited are those that appear in the motion, not the pages on the ECF file marking at the top of the page, i.e., "11 of 24".

PLTFS' AMNDMT. TO MOT. TO APPROVE SETTLEMENT & TO DISBR. FUNDS FOR MINORS            1
*D.B., et al. v. City of Stockton, et al.*
Case No. 2:21-cv-02154-DJC-SCR

1 the sections described above (the sections affected by the change) have been left in for context
2 only.

3                                       Respectfully Submitted,

4 Dated: February 6, 2026        **LAW OFFICE OF SANJAY S. SCHMIDT**
                                            **HELM LAW OFFICE, PC**
5                                             **LAW OFFICES OF DALE K. GALIPO**

6
                                            */s/ Sanjay S. Schmidt*
7                                             SANJAY S. SCHMIDT
                                            Attorneys for Plaintiffs

PLTFS' AMNDMT. TO MOT. TO APPROVE SETTLEMENT & TO DISBR. FUNDS FOR MINORS   2
*D.B., et al. v. City of Stockton, et al.*
Case No. 2:21-cv-02154-DJC-SCR

## II. THE UPDATE TO THE PROPOSED DISBURSEMENT TO A.B.

The settlement is to be disbursed as follows:

- A.B., a **$15,000.00** lump sum payable to Tiana Franks on behalf of A.B., to be deposited into A.B.'s California Uniform Transfer to Minors' ACT (CUTMA) bank account; and the remaining **$305,631.87**, for the purchase of an annuity, to provide $**750.00** monthly support payments into the CUTMA bank account for A.B.'s sole use and benefit until A.B. reaches age 18 and then lump-sum payments at ages 18 (**$50,000.00**), 21 ($**100,000.00**), and 25 (**$248,873.00**). The total guaranteed benefit of the annuity is $431,371.00. Schmidt Decl., **Exhibit 1**.

Each minor's settlement funds will be used to purchase annuities to accomplish two objectives, as set forth in the Attachments. Schmidt Decl., **Ex. 1**; Helm Decl., **Exs. 2–3**, ECF Nos 76-3 and 76-4.

All other portions of the Plaintiffs' motion, ECF Nos. 76, 76-1, 76-3, 76-4, 76-6, 76-7, and 76-8 are incorporated herein by reference, as though fully set forth.

## III. Conclusion

For the foregoing reasons, as well as all the reasons set forth in the original motion and the documents and evidence submitted in support thereof, the motion should be granted.

Respectfully Submitted,

Dated: February 6, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT**
**HELM LAW OFFICE, PC**
**LAW OFFICES OF DALE K. GALIPO**

*/s/ Sanjay S. Schmidt*
Sanjay S. Schmidt
Attorneys for Plaintiffs

PLTFS' AMNDMT. TO MOT. TO APPROVE SETTLEMENT & TO DISBR. FUNDS FOR MINORS
*D.B., et al. v. City of Stockton, et al.*
Case No. 2:21-cv-02154-DJC-SCR

3