Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

Dale K. Galipo (SBN 144074)
Hang Dieu Le (SBN 293450)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
T: 818-347-3333
F: 818-347-4118
email: dalekgalipo@yahoo.com
email: hlee@galipolaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; K.B., a minor, by and through his guardian ad litem, Breanna Fuller, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; ILIA BURRISE, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; ATHENA BURRISE, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.; | Case No. 2:21-cv-02154-DJC-SCR<br><br>**DECLARATION OF SANJAY S. SCHMIDT IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE SETTLEMENT AND TO DISBURSE MINOR PLAINTIFFS' FUNDS**<br><br>Hearing Date: March 5, 2026<br>Time: 1:30 p.m.<br>Place: 501 I Street, Courtroom 7, 14th Floor, Sacramento, CA<br>Judge: Hon. Daniel J. Calabretta |

| | |
|---|---|
| 1  ANTWAUNE BURRISE, JR., as co-successor in interest to Decedent<br>2  ANTWAUNE P. BURRISE, SR.;<br>3  RAYJAMES BURRISE, as co-successor in interest to Decedent ANTWAUNE P.<br>4  BURRISE, SR.; A.B., a minor, by and through her guardian ad litem, Tiana Franks,<br>5  individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR.;<br>6  and, STEPHANIE HATTEN, individually,<br>7                     Plaintiffs,<br>8         vs.<br>9  CITY OF STOCKTON, a public entity; City<br>10 of Stockton Police Department Chief of Police ERIC JONES; City of Stockton Police<br>11 Department Officers DAVID WELLS, individually, BLAKE EPPERSON,<br>12 individually, and JOHN GRIFFIN, individually; and DOES 1–50, jointly and<br>13 severally;<br>14                     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

# DECLARATION OF SANJAY S. SCHMIDT

I, Sanjay S. Schmidt, attest and declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the State of California, as well as all the courts of the State of New Mexico. I am also admitted to practice in the United States District Courts for the Northern, Eastern, and Central Districts of California, the United States District Court for the District of New Mexico, and the United States Court of Appeals for the Ninth Circuit.

2. I have personal knowledge of the following facts and, if called as a witness, can and will competently testify to them under oath.

3. As to any matters alleged on information and belief, I believe them to be true.

4. Plaintiffs' attorneys were hired by minor Plaintiff D.B., by and through his mother and guardian ad litem Elissa Mulvihill; Stephanie Hatten; Ilia Burrise; Athena Burrise; minor Plaintiff A.B., by and through her mother and guardian ad litem Tiana Franks; Plaintiff K.B., by and through his mother and guardian ad litem Breanna Fuller; Rayjames Burrise; and Antwaune Burrise, Jr.

5. The Plaintiffs first retained me to represent the family. When I was contacted by the family about the case, the family did not previously know of me at that time; since the incident had occurred in Stockton, CA, the family had initially sought representation by at least two Sacramento-area attorneys and one Bay Area attorney, all three of whom (and potentially more) had declined to take the case. Recognizing that the case did have some challenging facts, but also believing it was a meritorious case that should be brought in order to vindicate the constitutional rights of Mr. Burrise, his heirs, and his mother, I agreed to take the case. Mr. Helm and I litigated the case through non-expert discovery. Dale Galipo, lead trial counsel, and his associate, Hang Le, associated in as co-counsel, on July 22, 2025. ECF No. 72.

6. There is an update to how the guardian ad litem for minor A.B., Tiana Franks, is requesting that A.B.'s settlement proceeds be disbursed and structured; **no changes to the previous, proposed disbursements are being requested as to the disposition of the**

**settlement proceeds for minor D.B. and K.B**. The guardians ad litem request that the minors' shares of the settlement proceeds be disbursed to the minor Plaintiffs as set forth in the following paragraphs:

7. To the minor A.B., a **$15,000.00** lump sum shall be disbursed, made payable to A.B.'s mother and guardian ad litem, Tiana Franks, on behalf of A.B., to be deposited into A.B.'s California Uniform Transfer to Minors' ACT (CUTMA) bank account; the remaining **$305,631.87** shall be used for the purchase of an annuity.

8. Attached hereto as **Exhibit 1** is a true-and-correct copy of the <u>**updated**</u>, proposed structured annuity for the minor Plaintiff A.B., which is incorporated herein by reference.

9. The annuity will provide **$750.00** monthly support payments into the CUTMA bank account for A.B.'s sole use and benefit until A.B. reaches age 18 and then lump-sum payments at ages 18 (**$50,000.00**), 21 (**$100,000.00**), and 25 (**$248,873.00**). The total guaranteed benefit of the annuity is $431,371.00.

10. To the minor D.B., a **$15,000.00** lump sum shall be disbursed, made payable to D.B.'s mother and guardian ad litem, Elissa Mulvihill, on behalf of D.B., to be deposited into D.B.'s CUTMA account; the remaining **$305,631.87** shall be used for the purchase of an annuity.

11. A true-and-correct copy of the proposed structured annuity for the minor D.B., which is incorporated herein by reference, was previously filed as an attachment to the Declaration of T. Kennedy Helm, IV as **Exhibit 2**; it was filed on the docket at **ECF No. 76-3**.

12. The annuity will provide **$750.00** monthly support payments into the CUTMA bank account for D.B.'s sole use and benefit, until D.B. reaches age 18, and then lump-sum payments at ages 18 (**$150,000.00**) and 21 (**$182,228.00)**. The total guaranteed benefit of the annuity is $366,885.00.

13. To the minor K.B., a **$10,000.00** lump sum shall be disbursed, made payable to K.B.'s legal mother and guardian ad litem, Breanna Fuller, on behalf of K.B., to be deposited into K.B.'s CUTMA bank account; the remaining **$310,631.87** shall be used for the purchase of

1  an annuity.

2      14.    A true-and-correct copy of the proposed structured annuity for the minor K.B., which is incorporated herein by reference, was previously filed as an attachment to the Declaration of T. Kennedy Helm, IV as **Exhibit 3**; it was filed on the docket at **ECF No. 76-4**.

    15.    The annuity will provide **$650.00** monthly support payments into the CUTMA bank account, increasing at age 11 to $750.00, for K.B.'s sole use and benefit, until age 18, and then lump-sum payments at ages 18 ($175,000.00) and 21 ($291,827.00). The total guaranteed benefit of the annuity is **$585,005.00**.

    16.    The annuities must be funded by April 8, 2026, in order to lock in the interest rates that are set forth in the above-referenced structured annuities, the terms of which are set forth in **Exhibits 1–3**.

    17.    On February 5, 2026, I notified defense counsel, Joshua J. Stevens, of the change to the proposed disbursement schedule of A.B.'s settlement proceeds and emailed a copy of (1) the updated Addendum to the Settlement Agreement and Release; (2) the updated Attachment (**Exhibit 1** to this Declaration**)** that sets forth the updated disbursement schedule for the disbursement of A.B.'s settlement proceeds; and (3) the other updated document, the Qualified Assignment.

    18.    On February 6, 2026, I emailed to defense counsel, Joshua J. Stevens, a copy of the *Amended* [Proposed] Order reflecting the change to the initial disbursement and structure for A.B.

    19.    I have confirmed that Defendants still do not oppose this Motion, or the [proposed] order, and stipulate that it may be heard without a hearing and on shortened time.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 6, 2026, in San Francisco, California.

*/s/ Sanjay S. Schmidt*
SANJAY S. SCHMIDT

SCHMIDT DECL. I.S.O. PLFS.' MOT. TO APPROVE SETTLEMENT & DISBRS. MINOR PLFS.' FUNDS
*D.B., et al. v. City of Stockton, et al.*
Case No. 2:21-cv-02154-DJC-SCR

3