# EXHIBIT 1

**ATTACHMENT TO PETITION AND/OR ORDER FOR MINOR'S COMPROMISE**
**FOR:**
**A. B.**

In consideration of the Petition and/or Order for Minor's Compromise, attached hereto, The City of Stockton ("the Defendant(s)") agrees to settle this claim for A. B., a minor, by and through their Parent and Guardian ad Litem, Tiana Franks (the "Plaintiff") as outlined below:

**Guaranteed Payout**

| | |
|---|---|
| To be deposited into a custodial account, payable to Tiana Franks, for the benefit of the minor, A.B. and delivered in accordance with the California Uniform Transfers to Minors Act and California Probate Code § 3611(f). | $ 15,000 |

**Periodic Payments made payable according to the schedule as follows (the "Periodic Payments"):**

Payable to Tiana Franks, as Custodian of the account, for the benefit of A. B., a minor pursuant to Probate Code 3611(f) in accordance to California Uniform Transfers to Minor's Act.  (the "Payee")

**Guaranteed Monthly Payments** *
$750.00 paid monthly, for 1 year, 11 months, compounding annually at 3%.
Commencing 05/15/2026, with the last guaranteed payment 03/15/2028.        $ 17,498

  *\* See attached Yield Illustration*

Payable to A. B. (the "Payee")

**Guaranteed Lump Sum Payments**
$   50,000.00 Guaranteed Lump Sum payment on 04/15/2028, at age 18.
$ 100,000.00 Guaranteed Lump Sum payment on 04/15/2031, at age 21.
$ 248,873.00 Guaranteed Lump Sum payment on 04/15/2035, at age 25.        **$398,873**
                                                                          **$431,371**

***The cost of the above Periodic Payments is $305,631.87, with $15,000 cash at settlement for a total of $320,631.87.***
*This amount is disclosed as a condition of the settlement and in no way grants any right, control, or ownership interest in the Periodic Payments to any Payee, except the right to receive future Periodic Payments as described above.*

*The future Periodic Payments outlined above are guaranteed based upon a projected funding date.  Any delay in funding the Periodic Payments may result in a delay of the payment dates or change in payment amounts.  Any rate adjustments may result in minor changes to the Periodic Payments listed above.  These changes shall be recorded in the Settlement Agreement and Release, Qualified Assignment document and Annuity Contract without the need of obtaining an amended Petition or Court Order.*

All sums set forth herein constitute damages on account of physical injuries or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

**Consent to Qualified Assignment**[i]
The Plaintiff acknowledges and agrees that the Defendant(s) may make a "Qualified Assignment" within the meaning of Section 130(c), of the Internal Revenue Code of 1986, as amended, of the Defendant(s)'s liability to make the Periodic Payments set forth herein. The City of Stockton, as the Defendant (the "Assignor"), and as the payor of the consideration recited herein, shall fund the above Periodic Payments and assign its obligation to make the Periodic Payments called for above in this Attachment for Minor's Compromise to Athene Qualified Assignment Corporation (the "Assignee").  The Assignee's obligation for payment of the Periodic Payments shall be no greater than that of Defendant(s) (whether by judgment or agreement) immediately preceding the assignment of the Periodic Payments obligation.  Athene Holding Ltd. guarantees the obligations of Athene Qualified Assignment Corporation.  Athene Annuity and Life Company is rated A+ by AM Best, A+ by S&P Global Ratings, A1 by Moody's, and A+ by Fitch Ratings.

Such assignment shall be accepted by the Plaintiff without right of rejection and shall completely release and discharge the Defendant(s) from the Periodic Payments obligation assigned to the Assignee. The Plaintiff recognizes that the Assignee shall be the sole obligor with respect to the Periodic Payments obligation, and that all other releases with respect to the Periodic Payments obligation that pertain to the liability of the Defendant(s) shall thereupon become final, irrevocable, absolute and non-contingent.

**Payee Rights to Payments**
The Plaintiff acknowledges that the Periodic Payments cannot be accelerated, deferred, increased or decreased by the Plaintiff or any Payee; nor shall the Plaintiff or any Payee have the power to sell, mortgage, encumber, or anticipate the Periodic Payments, or any part thereof, by assignment or otherwise.

No part of the payments called for herein or any assets of the Defendant(s) and/or the Assignee are to be subject to execution of any legal process for any obligation in any manner. The Payees shall not have the power to sell or mortgage or encumber the payments, or any part thereof, nor anticipate the same, or any part thereof, by assignment or otherwise. Any such sale, mortgage, encumbrance, or anticipation by assignment or otherwise shall be void unless such sale, assignment, pledge, hypothecation, or other transfer or encumbrance has been approved in advance in a "qualified order" as outlined in Section 5891(b)(2) of the Internal Revenue Code of 1986, as amended and approved by a court of competent jurisdiction and otherwise complies with applicable state law, including without limitation any and all applicable state structured settlement protection statutes. In the event that any Payee attempts to seek such a "qualified order," they do hereby agree and consent to provide full and timely legal notice of any such Motion or Petition for such a "qualified order" to Plaintiff's counsel and Guardian ad Litem, if appointed. No direct or indirect transfer of structured settlement payment rights shall be effective, and no structured settlement obligor or annuity issuer shall be required to make any payment directly or indirectly to any transferee of structured settlement payment rights unless the transfer has been approved in advance in a final court order based on express findings by the court that:

(1) the transfer is in the best interest of the Payee, taking into account the welfare and support of the Payee's dependents;

(2) the Payee has been advised in writing by the transferee to seek independent professional advice regarding the transfer and has either received the advice or knowingly waived the advice in writing; and

(3) the transfer does not contravene any applicable statute or an order of any court or other governmental authority.

**Right to Fund an Annuity**
The Defendant(s), itself, or through its Assignee, reserves the right to fund the liability to make the Periodic Payments by funding a "qualified funding asset", within the meaning of Section 130(d) of the Code, in the form of a structured settlement annuity policy from Athene Annuity and Life Company (Annuity Issuer). The Assignee shall be the sole owner of the annuity policy and shall have all rights of ownership. The Assignee may have Athene Annuity and Life Company mail payments directly to the Payees. The Plaintiff or the Payee, upon reaching the age of majority, shall be responsible for maintaining the accuracy of the current mailing address and mortality information for the Payees with the Assignee.

**A. B.'s Beneficiary**
Any payments to be made after the death of A. B. pursuant to the terms of this Attachment for Minor's Compromise shall be made to Tiana Franks or to such person or entity as shall be designated in writing by A. B., upon reaching the age of majority, to the Assignee. If no person or entity is so designated by A. B., or if the person designated is not living at the time of A. B.'s death, such payments shall be made to the estate of A. B.. No such designation, nor any revocation thereof, shall be effective unless it is in writing and delivered to the Assignee. The designation must be in a form acceptable to the Assignee before such payments are made.

**Discharge of Obligation**
The obligation of the Assignee to make each Periodic Payment shall be discharged upon the mailing of a valid check to the designated address or upon electronic transfer to the designated bank account in the amount of such payment to the Payees named in this Attachment for Minor's Compromise. Upon notice from any Payee that a payment was not received, the Assignee will initiate reasonable stop payment action, and, upon confirmation that the funds were not negotiated or deposited, the Assignee will process a replacement payment.

---

[i] This process involves the Defendant(s) issuing a check payable to Athene Qualified Assignment Corporation in the amount specified in this Attachment for Minor's Compromise and signing a Qualified Assignment and Release document to transfer their obligation for these payments to the Assignee.

# Modal Illustration of Benefits

| For : A. B. | Female, Date of Birth: 04/15/2010 | Age: 16 |
|---|---|---|

| Benefit Description | Guaranteed Benefit | Expected Benefit |
|---|---|---|
| **Period Certain Annuity** - $750.00 payable monthly, guaranteed for 1 year(s) and 11 month(s), beginning on 05/15/2026 at age 16, increasing at a rate of 3.00% compounded annually, with the last guaranteed payment on 03/15/2028 at age 17. | $17,498 | $17,498 |

| Payment Year | Monthly Amount |
|---|---|
| 1 | 750 |
| 2 | 773 |
| 3 | 0 |

*Any life contingent Expected Benefit or IRR calculations are illustrated assuming a normal life expectancy. The annuitant's life expectancy may be shorter than the expected life span of an average person of the same age and gender due to heath and other mortality issues specific to the annuitant.*

# Providing certainty when it matters most

## Athene Structured Settlements solutions

Athene is a leading financial services company that provides guaranteed payments – often income tax-free – structured to help support your long term goals with specialized consultants guiding the design, negotiation and implementation of the settlement plan. Our demonstrated expertise, financial strength and track record in service can help provide you confidence that we'll be here to help when you need us most.

## Financial strength ratings[1]

Athene's financial performance is evaluated annually by independent rating agencies. These ratings reflect our ability to meet ongoing obligations to our customers. Financial strength ratings for Athene Annuity and Life Company, Athene Annuity & Life Assurance Company of New York and Athene Life Re Ltd.

| AM Best | S&P | Fitch | Moody's |
|---|---|---|---|
| **A+** | **A+** | **A+** | **A1** |
| Outlook: Stable | Outlook: Stable | Outlook: Stable | Outlook: Stable |

## Financial highlights[2]

The company has generated strong returns for customers and shareholders through a variety of market environments driving profitable growth.

| $363.3 billion total GAAP assets | $337.5 billion total GAAP liabilities | $16.4 billion total GAAP AHL shareholders' equity |
|---|---|---|

**ATHENE® ANNUITIES ARE PRODUCTS OF THE INSURANCE INDUSTRY AND NOT GUARANTEED BY ANY BANK NOR INSURED BY FDIC OR NCUA/NCUSIF. NO BANK/CREDIT UNION GUARANTEE. NOT A DEPOSIT. NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY. MAY ONLY BE OFFERED BY A LICENSED INSURANCE AGENT.**

## Count on Athene to help meet your financial needs.

As you look at your financial needs, count on Athene to be a trusted partner in your corner. With a strong financial history, commitment to guaranteed income products and an ongoing focus on providing exceptional service, we're dedicated to being your provider of choice.


**Financial stability**

A history of financial strength demonstrated by our balance sheet and ratings.


**Certainty of guaranteed income**

Proven expertise in providing income solutions to customers served by multiple business lines such as retirement services, pension annuities, reinsurance and funding agreements.


**Service commitment**

Demonstrated commitment to providing exceptional service through investment in state-of-the-art technology, training and processes.

*Our goal is to provide financial security to our customers, maintain financial stability and deliver high-quality customer service. We're committed to the structured settlement market and the opportunity to create a positive impact on people's lives.*

**Sean Brennan**
Co-President and Chief Commercial Officer
Athene

**Contact us:**
Phone:
Consumers: **800-525-7133**
Brokers: **860-550-4396**

Email:
**Athene-SS-Sales@athene.com**

Mail:
**P.O. Box 1555, Des Moines IA 50306-1555**

---

[1] Financial strength ratings for Athene Annuity and Life Company, Athene Annuity & Life Assurance Company of New York and Athene Life Re Ltd. S&P, Fitch, A.M. Best's and Moody's credit ratings reflect their assessment of the relative ability of an insurer to meet its ongoing insurance policy and contract obligations. S&P rating as of January 2024 (A+, 5th highest of 21), Fitch rating as of September 2024 (A+, 5th highest of 19), A.M. Best rating as of June 2024 (A+, 2nd highest of 16) and Moody's rating as of September 2024 (A1, 5th highest of 21). Athene Holding Ltd.'s credit rating is A-/A-/a- for S&P, Fitch and A.M. Best, respectively.

[2] Athene Holding Ltd. GAAP total assets, AHL shareholders' equity and total liabilities as of December 31, 2024. Pledged assets and funds in trust (restricted assets) total $79.5 billion and net reserve liabilities of $225.9 billion as of December 31, 2024.

Athene Annuity and Life Company (AAIA), on a statutory basis, based on the financial statement as of December 31, 2024: Total Admitted Assets: $277.85 billion; Total Liabilities: $273.95 billion; Reserves Required: Direct - $180.01 billion; Assumed - $15.14 billion; Ceded - $62.19 billion; Net - $132.96 billion; Capital & Surplus: Common capital stock - $0.01 billion; Paid-in and contributed surplus - $5.74 billion; Unassigned surplus - $(1.85) billion; Total Capital & Surplus: $3.9 billion.

Athene Annuity & Life Assurance Company of New York (AANY), on a statutory basis, based on the financial statement as of December 31, 2024: Total Admitted Assets: $5.28 billion; Total Liabilities: $4.96 billion; Reserves Required: Direct - $3.33 billion; Ceded - $2.87 billion; Net - $463 million; Total Capital & Surplus: $318 million; Securities Pledged as Collateral (Cash) $1.78 million.

The individual subsidiary insurance company is responsible for meeting its ongoing insurance policy and contract obligations. Neither Apollo Global Management, Inc. nor Athene Holding Ltd. are responsible for meeting the ongoing insurance policy and contract obligations of the subsidiary insurance companies.

Guarantees provided by annuities are subject to the financial strength and claims paying ability of the issuing insurance company.

This material is a general description intended for informational and educational purposes. Athene Annuity and Life Company (61689), headquartered in West Des Moines, Iowa, and issuing annuities in 49 states (excluding NY) and in D.C., is not undertaking to provide investment advice for any individual or in any individual situation, and therefore nothing in this should be read as investment advice. Please reach out to your financial professional if you have any questions about Athene products or their features.

Athene Structured Settlement annuity SSA (07/25), ADCE (07/25), IRCE (07/25) or state variations issued by Athene Annuity and Life Company, West Des Moines, IA. Product features, limitations and availability may vary by state.

53071 (06/27/25)



Athene Annuity and Life Company
7700 Mills Civic Parkway
West Des Moines, IA 50266-3862
Athene.com