DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR., et al, | Case No.: 2:21-cv-02154-DJC-SCR |
| Plaintiffs, | **JOINT STATUS REPORT** |
| vs. | |
| CITY OF STOCKTON, et al. | |
| Defendants. | |

JOINT STATUS REPORT

All parties, through their undersigned counsel of record, respectfully submit this Joint Status Report pursuant to this Court's minute order issued on November 12, 2025, ordering the parties to file dispositional documents in accordance with the provisions of E.D. Cal. L.R. 160, or a joint request for extension of time to do so, by no later than March 31, 2026. (ECF No. 75.)

The parties have reached a settlement in principle of the entire case, which will result in a dismissal of the entire case. On January 29, 2026, Plaintiffs filed a motion to approve the minor's compromise aspects of the settlement. (ECF Nos. 76, 79.) Defendants stated they did not oppose the motion, and all parties stipulated the motion may be submitted without a hearing. (ECF No. 78.)

On February 2, 2026, this Court took the motion under submission (ECF No. 78), and it has not yet issued a ruling on it.

The parties respectfully wish to bring the following regarding the timing of a ruling on the motion to the attention of the Court: Tomorrow (**April 1, 2026**), is the expiration date of the structured settlement instruments on the motion, which is where Plaintiffs have proposed (and Defendants have not opposed) the proceeds of the settlements for the minors be placed, if the Court approves the proposed settlement. The funding date is **April 8, 2026**, and the undersigned counsel for Plaintiffs and Defendants have been informed that the only way this **04/08/26** funding date can be retained is if the Court grants the pending motion, approves the proposed settlement, and issues the order by **April 1, 2026**.

If the structure documents (the attachments to the motion that set forth the schedule of payments, *see* ECF Nos. 76-3, 76-4, and 79-3), expire, then a new funding date will need to be obtained, which will require a net set of paperwork and a renewed motion. This will result in revised figures, which could be lower for the minors, under new structured annuities.

1
JOINT STATUS REPORT

Therefore, if the **April 1, 2026**, deadline expires, the minors could end up receiving *less* than they are currently set to receive if the pending motion for approval is granted and the 04/08/26 funding date is met.

The parties respectfully await the Court's ruling on Plaintiffs' minors' compromise motion so they can finalize their settlement and file a dismissal of the entire case with prejudice. Accordingly, the parties request an extension of time to file dispositional documents pending a ruling on the minor's compromise motion. If the Court has any questions about the pending motion, counsel for the parties will make themselves available for a hearing on short notice.

Respectfully Submitted,

Dated: March 31, 2026                    HERUM\CRABTREE\SUNTAG, LLP

                                         By: */s/ Joshua J. Stevens*

                                         _____
                                         JOSHUA J. STEVENS
                                         Attorneys for all Defendants


Dated: March 31, 2026                    LAW OFFICES OF DALE K. GALIPO
                                         LAW OFFICE OF SANJAY S. SCHMIDT
                                         HELM LAW OFFICE, PC

                                         By: */s/ T. Kennedy Helm, IV\**

                                         _____
                                         T. KENNEDY HELM, IV
                                         Attorneys for all Plaintiffs

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.