DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| D.B., a minor, by and through his guardian ad litem, Elisa Mulvihill, individually and as co-successor in interest to Decedent ANTWAUNE P. BURRISE, SR., et al, | Case No.: 2:21-cv-02154-DJC-SCR |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| CITY OF STOCKTON, et al., | [No hearing requested] |
| Defendants. | |

HERUM \CRABTREE \SUNTAG
ATTORNEYS

1

STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, in view of the full and final settlement of the case and in view of the receipt of the settlement proceeds by Plaintiffs, respectfully stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(2), to the dismissal of this entire case, with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: April 10, 2026                    HERUM CRABTREE SUNTAG, LLP

By: _/s/ Joshua J. Stevens_
JOSHUA J. STEVENS
Attorneys for all Defendants

Dated: April 10, 2026                    LAW OFFICE OF SANJAY S. SCHMIDT

By: _/s/ Sanjay S. Schmidt*_
SANJAY S. SCHMIDT
(*As authorized on April 10, 2026)
Attorneys for all Plaintiffs

## ORDER

The Court, having considered the above stipulation, and good cause appearing, rules as follows:

This case is dismissed with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: April 10, 2026                    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

HERUM CRABTREE SUNTAG
ATTORNEYS

2
STIPULATION FOR DISMISSAL WITH PREJUDICE